In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00152-CR

                                                ______________________________

 

 

                                       BILLY R. BELGARD,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 188th
Judicial District Court

                                                             Gregg County, Texas

                                                          Trial Court
No. 37,946-A

 

                                                                                                  


 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            A
jury convicted Billy R. Belgard of one count of aggravated sexual assault of a
child and one count of indecency with a child and assessed his punishment at
fifty-four years’ imprisonment for the first count and twenty years’
imprisonment for the second count.[1]  Belgard filed his notice of appeal August 5,
2009.

            This
Court has now been informed that Belgard has died.

            The
death of an appellant during the pendency of his appeal deprives this Court of
jurisdiction.  Tex. R. App. P. 7.1(a)(2); Whitmire v. State, 943 S.W.2d 894 (Tex. Crim. App. 1997); Rheinlander v. State, 918 S.W.2d 527,
528 (Tex. Crim. App. 1996).

            Accordingly,
we permanently abate this appeal.

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          February
22, 2010

Date Decided:             February
23, 2010

 

Do Not Publish











[1]This
appeal is a companion appeal to cause number 06-09-00151-CR, in which Belgard
was convicted of two counts of aggravated sexual assault of a child and was
sentenced to life imprisonment.